JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IYAUNNA TOWERY,<br><br>               Plaintiff,<br><br>        v.<br><br>NATIONAL CITY MORTGAGE; and<br>DOES 1 through 50, Inclusive,<br><br>               Defendant. | Case No. CV10-01244 DMG (VBGx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE [49]**<br><br><br>Trial Date:  August 2, 2011 |

**IT IS HEREBY ORDERED** that after consideration of the parties'
stipulation for dismissal of complaint with prejudice, that this lawsuit be dismissed
with prejudice as against Defendant PNC BANK, N.A.

DATED:  March  16, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Attorneys & Counselors At Law
**WOLFE & WYMAN LLP**

1

[PROPOSED] ORDER DISMISSING CASE
CASE NO. CV10-01244 DMG (VBGx)